IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

**JOHN TURNER,**

    **Plaintiff,**

vs.                                         **Case No. 2:13-cv-02307-SHL-cgc**

**THOMPSON INDUSTRIAL SERVICES,**
**LLC, and DELTA SERVICES, a division**
**of THOMPSON INDUSTRIAL SERVICES,**
**LLC,**

    **Defendants.**

### JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff John Turner and Defendants Thompson Industrial Services LLC and Delta Services hereby stipulate and agree that said action shall be dismissed with prejudice, and that each party shall bear its own attorneys' fees and costs.

Kristy L. Gunn, ECF Filing User, certifies that all signatories consent to the filing of this document.

Respectfully submitted,

s/ Kristy L. Gunn
Kristy L. Gunn (BPR No. 22821)
Charles V. Holmes (BPR No. 008398)
OGLETREE, DEAKINS, NASH,
  SMOAK & STEWART, P.C.
6410 Poplar Avenue, Suite 300
Memphis, TN 38119
Telephone: (901) 767-6160

1

Facsimile:  (901) 767-7411
Kristy.gunn@ogletreedeakins.com
charles.holmes@ogletreedeakins.com

**ATTORNEYS FOR DEFENDANTS**


s/Glenn K. Vines, Jr. (with permission)
Glenn K. Vines, Jr.
Nahon, Saharovich & Trotz, PLC
488 South Mendenhall
Memphis, TN  38117

**ATTORNEYS FOR PLAINTIFF**

## CERTIFICATE OF SERVICE

I hereby certify that I have, this 14th day of October, 2014, caused the foregoing to be filed using the Court's CM/ECF system which will send electronic notice of such filing to the following:

Glenn K. Vines, Jr.
Nahon, Saharovich & Trotz, PLC
488 South Mendenhall
Memphis, TN  38117

                                                s/Kristy L. Gunn
                                                Kristy L. Gunn